**"UNDER SEAL"**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
CHARLOTTE, N.C.
FEB 17 2009
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1: 09 CR 13 |
| ) | |
| v. ) | |
| ) | |
| (1) ANAY LOPEZ BELTRAN ) | |
| (2) LAKEIA GARI BRIGGS ) | **BILL OF INDICTMENT** |
| (3) DENNIS LAMAR BRUTON ) | |
| (4) LEROY DEANGELO DARITY ) | |
| (5) REGINALD LAMOND FIELDS ) | |
| (6) SHALA LARONDA NICOLE FISHER ) | |
| (7) DORIS DENISE FOSTER ) | |
| (8) KENNETH LEE FOSTER ) | |
| (9) YVONNE MARIE FOUNTAIN ) | |
| (10) CHRISTOPHER ALLEN HARRIS ) | |
| (11) MICHAEL WARREN JOHNSON ) | |
| (12) CAMILO FIGUEROA LEON ) | |
| (13) JOSE VILLAGRANA LOPEZ ) | |
| (14) SULEMA VILLAGRANA LOPEZ ) | |
| (15) ERIN MARIE RENISON ) | |
| ) | Violations: |
| | 21 USC § 841 |
| | 21 USC § 846 |
| | 21 USC § 843 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

From in or around January 2008 and continuing until the present, in Buncombe County, which is within the Western District of North Carolina, and elsewhere,

(1) ANAY LOPEZ BELTRAN
(2) LAKEIA GARI BRIGGS
(3) DENNIS LAMAR BRUTON
(4) LEROY DEANGELO DARITY
(5) REGINALD LAMOND FIELDS
(6) SHALA LARONDA NICOLE FISHER

Page 1 of 3

(7) DORIS DENISE FOSTER
(8) KENNETH LEE FOSTER
(9) YVONNE MARIE FOUNTAIN
(10) CHRISTOPHER ALLEN HARRIS
(11) MICHAEL WARREN JOHNSON
(12) CAMILO FIGUEROA LEON
(13) JOSE VILLAGRANA LOPEZ
(14) SULEMA VILLAGRANA LOPEZ
(15) ERIN MARIE RENISON

did knowingly and intentionally combine, conspire, confederate and agree with each other and others, both known and unknown to the Grand Jury, to possess with intent to distribute a quantity of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance.

1.   Said conspiracy involved 50 or more grams of cocaine base.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT TWO

The Grand Jury re-alleges and hereby incorporates COUNT ONE by reference.

From in or around September 2008 and continuing until the present, in Buncombe County, which is within the Western District of North Carolina, and elsewhere,

(1) ANAY LOPEZ BELTRAN
(2) LAKEIA GARI BRIGGS
(3) DENNIS LAMAR BRUTON
(4) LEROY DEANGELO DARITY
(5) REGINALD LAMOND FIELDS
(6) SHALA LARONDA NICOLE FISHER
(7) DORIS DENISE FOSTER
(8) KENNETH LEE FOSTER
(9) YVONNE MARIE FOUNTAIN
(11) MICHAEL WARREN JOHNSON
(12) CAMILO FIGUEROA LEON
(13) JOSE VILLAGRANA LOPEZ
(14) SULEMA VILLAGRANA LOPEZ
(15) ERIN MARIE RENISON

did knowingly and intentionally use a communication facility in committing and in causing and facilitating the commission of the acts alleged in COUNT ONE.

In violation of Title 21, United States Code, Section 843(b).

**A TRUE BILL:**

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

JILL WESTMORELAND ROSE
ASSISTANT U.S. ATTORNEY