# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:09 mj 12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DORIS FOSTER. | ) | |
| | ) | |

**THIS MATTER** is before the court upon Jason R. Hayes' Motion to Withdraw as Counsel for the defendant. The defendant had retained attorney Calvin Coleman to represent her in this matter. At the arraignment and detention hearing, Mr. Coleman became aware that there was a potential conflict of interest which would prevent him for representing the defendant. Mr. Coleman requested that the arraignment and detention hearing be continued until Monday, February 23, 2009. As a result, the undersigned could not allow Mr. Coleman to represent the defendant in this matter. For those reasons, the motion of Mr. Hayes to withdraw as counsel must be denied at this time. If Mr. Coleman's conflict of interest resolves or if the defendant retains other counsel, then Mr. Hayes should file another motion to withdraw.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Jayson R. Hayes' Motion to Withdraw as Counsel (#39) is hereby **DENIED** and Mr. Hayes is directed to appear on February

23, 2009 to represent the defendant at the arraignment and detention hearing in this matter.

Signed: February 25, 2009

_____
Dennis L. Howell
United States Magistrate Judge