# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr13-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DORIS FOSTER. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Request to Submit Pretrial Motions to Dismiss the Bill of Indictment, Suppress Title III Wiretaps, and Suppression of all Evidence Seized from 37 Waters Street, Asheville, North Carolina on February 5, 2009 [Doc. 489].

The Defendant is currently represented by her fourth court-appointed counsel. The Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina (Local Rules of Criminal Procedure) provide in pertinent part as follows:

> [T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of the waiver.

Loc.R.Crim.P. 47.1(H).

This Court will not entertain the Defendant's *pro se* filings which are hereby stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Request to Submit Pretrial Motions to Dismiss the Bill of Indictment, Suppress Title III Wiretaps, and Suppression of all Evidence Seized from 37 Waters Street, Asheville, North Carolina on February 5, 2009 [Doc. 489] is hereby **STRICKEN** from the record.

Signed: February 12, 2010

Martin Reidinger
United States District Judge