# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr13-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DORIS DENISE FOSTER. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion to Vacate Jury Verdict [Doc. 526].

The Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina contain the following prohibition:

> Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver.

L.Cr.R. 47.1(H).

The Defendant is represented by counsel and the Court will not entertain *pro se* filings by her.[1]

---

[1] In the motion, the Defendant makes a cursory allegation that her attorney failed to show her the wiretap evidence and therefore was ineffective. She nonetheless

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Vacate Jury Verdict [Doc. 526] is hereby **DENIED**.

Signed: June 18, 2010

Martin Reidinger
United States District Judge

---

admits that it was shown to her but claims she did not have sufficient time to consider the evidence. The Court therefore finds the Defendant's inconsistent statements do not warrant further consideration.