# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr13-7

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>vs. )<br>)<br>)<br>DORIS DENISE FOSTER. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Defendant's *pro se* Petition for Request of "Brady Material" and "Jencks" pursuant to Brady Rule 16 [Doc. 588] and letter of March 28, 2011, construed as *pro se* motion for trial transcripts [Doc. 591].

The Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina contain the following prohibition:

> [T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver.

L.Cr.R. 47.1(H).

The Defendant's case is on direct appeal and she is represented by court-appointed counsel. As a result, the Court will not entertain *pro se* filings

by her.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Petition for Request of "Brady Material" and "Jencks" pursuant to Brady Rule 16 [Doc. 588] and letter of March 28, 2011, construed as *pro se* motion for trial transcripts [Doc. 591] are hereby **DENIED**.

Signed: May 10, 2011

Martin Reidinger
United States District Judge